UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANGELA D. WINEGAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-378 |
| ) | (Guyton) |
| RUBY TUESDAY, INC., ) | |
| ) | |
| Defendant. ) | |

### **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 6].

The parties have filed a joint motion [Doc. 13], seeking a continuance of the trial of this case so that the parties may complete discovery. For good cause shown, the Joint Motion for Continuance [Doc. 13] is **GRANTED**. The trial of this matter shall be **CONTINUED** from February 27, 2007 to October 30, 2007. Accordingly, the Scheduling Order [Doc. 9] is hereby **AMENDED** as follows:

    1. Pretrial Disclosures: On or before September 14, 2007, the parties shall make all pretrial disclosures specified in Fed. R. Civ. P. 26(a)(3), except as to witnesses.

    2. Daubert Motions: Motions seeking a Daubert hearing must be filed on or before August 31, 2007, or they will be deemed waived.

    3. Witness Lists: On or before August 31, 2007, the parties shall file a final witness list, covering the information specified in Rule 26(a)(3).

4. <u>Discovery</u>: All discovery, including the taking of depositions "for evidence," shall be completed on or before October 1, 2007. (Motions to compel must be filed on or before August 31, 2007).

5. <u>Pretrial Order</u>: An agreed pretrial order shall be filed with the clerk on or before October 1, 2007.

6. <u>Motions in Limine</u>: Any motions *in limine* must be filed no later than October 23, 2007.

7. <u>Jury Instructions</u>: Special requests for jury instructions shall be submitted to the Court no later than October 23, 2007.

8. <u>Pretrial Conference</u>: A pretrial conference is scheduled for October 23, 2007 at 9:30 a.m.

**IT IS SO ORDERED.**

**ENTER:**

    s/ H. Bruce Guyton
United States Magistrate Judge